The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:23-cr-00053-RAJ |
| Plaintiff, | ORDER |
| v. | |
| AHBDURMAN AHMED, | |
| Defendant. | |

The Court, having considered the Government's Emergency Appeal of Release Order and Motion for Stay, hereby GRANTS the Motion for Stay. The release order issued by Magistrate Judge S. Kate Vaughan shall be STAYED until such time as this Court resolves the Government's appeal. Defendant's response to the Government's Appeal of Release Order is due May 10, 2023. The Government's reply is due May 12, 2023.

DATED this 5th day of May, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
*United States. v. Ahmed, 2:23-cr-00053-RAJ*