The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHBDURMAN AHMED,<br><br>Defendant. | NO. 2:23-cr-00053-RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION |

THIS MATTER comes before the Court upon Defendant Ahbdurman Ahmed's Motion for Reconsideration of the Court's Order Granting Motion to Stay. Dkt. 58. Having considered the Motion for Reconsideration, the Government's Response, and the files and pleadings herein, the Court hereby **DENIES** the Motion for Reconsideration and declines to lift the stay.

As Defendant incorporated into his Motion for Reconsideration his response to the Government's appeal of the magistrate judge's order releasing Mr. Ahmed, the Court finds it appropriate to accelerate the briefing schedule as to the Government's reply. The Government's reply is now due Thursday, May 11, 2023.

DATED this 9th day of May, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge